IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

___ FILED ___ ENTERED
___ LOGGED ___ RECEIVED

FEB 0 7 2025

UNITED STATES OF AMERICA

vs.

DOUGLAS MARTIN

\*

\*

\*

Case No. 25-MJ-0230-CDA

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY ___ DEPUTY

\*\*\*\*\*\*

## ORDER OF TEMPORARY DETENTION PENDING HEARING

Upon motion of the United States for Temporary Detention it is ORDERED that a detention hearing is set for February 12, 2025 _(date)_ at 9:30 AM _(time)_ before

J. Mark Coulson, United States Magistrate Judge, 101 West Lombard Street, Baltimore, Maryland 21201 Courtroom 7B.

Pending this hearing, the defendant shall be held in custody by (the United States Marshal) (Defendant to be held at _____) (Other Custodial Official) and produced for the hearing.

Date: February 7, 2025

_____
Charles D. Austin
United States Magistrate Judge