Catherine M. Stavlas, Clerk
David E. Ciambruschini, Chief Deputy

**Reply to Northern Division Address**

February 13, 2025

## RECEIPT FOR SURRENDER OF PASSPORT

Re:  United States of America vs. Douglas Jason Martin
     Case No. 1:25–mj–00230–CDA

  Received this 13 day of February 2025, from Kim Martin, one passport ending with 1020, issued by the country of the United States of America which is being surrendered to the Court as a special condition of the Defendant's release. This passport is to be held in the custody of the Court until further Order of Court. The Clerk of Court will return any expired passports held in its custody to the Department of State.

_____/s/_____

Catherine M. Stavlas, Clerk
By: av4s, Deputy Clerk

Receipt for Surrender of Passport (03/24)

Northern Division ° 4415 U.S. Courthouse ° 101 W. Lombard Street ° Baltimore, Maryland 21201 ° 410–962–2600
Southern Division ° 240 U.S. Courthouse ° 6500 Cherrywood Lane ° Greenbelt, Maryland 20770 ° 301–344–0660

**Visit the U.S. District Court's Web Site at www.mdd.uscourts.gov**