IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| UNITED STATES OF AMERICA | * |
|---|---|
| v. | * CRIMINAL NO. RDB-25-031 |
| Douglas Jason Martin, | * |
| Defendant. | * |

## MOTION TO WITHDRAW APPEARANCE

Please withdraw the appearance of Assistant United States Attorney Paul Budlow, in this case as counsel on behalf of the United States. Assistant United States Attorney Paul Budlow is no longer working on this case.

Respectfully submitted,

Kelly O. Hayes
United States Attorney

_____/S/_____
Paul E. Budlow
Assistant United States Attorney
36 South Charles Street
Fourth Floor
Baltimore, Maryland 21201
410-209-4800

It is so ORDERED, this _____ day of April, 2025.

_____
The Honorable Richard D. Bennett
United States District Judge